IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAFAEL CORNEJO,<br><br>Defendant / | No. CR-92-0403 MMC<br><br>**ORDER DENYING DEFENDANT'S SECOND MOTION FOR RECONSIDERATION OF ORDER DENYING RECONSIDERATION; DENYING CERTIFICATE OF APPEALABILITY** |

The Court is in receipt of defendant Rafael Cornejo's "Motion Requesting Review, and Reversal, of Previous Order Entitled 'Order Denying Defendant's Motion for Reconsideration' (DK 2362) that Stands in Error," signed by defendant on December 2, 2012 and filed by the Clerk of the Court on December 11, 2012.

By order filed January 16, 2001, the Honorable Thelton E. Henderson, to whom the case was initially assigned, denied defendant's motion, made pursuant to 28 U.S.C. § 2255, seeking relief from his conviction in light of defendant's assertedly having received ineffective assistance of trial counsel. (See Document No. 2206.) By order filed February 25, 2010, this Court denied defendant's motion for reconsideration of Judge Henderson's order of January 16, 2001. (See Document No. 2362.) By order filed March 26, 2010, this Court denied defendant's motion for reconsideration of the Court's February 25, 2010 order denying reconsideration. (See Document No. 2364.)

By the instant motion, defendant again seeks reconsideration of the order of February 25, 2010, which order, as stated above, denied reconsideration of an order issued in 2001. In other words, defendant, for the second time, seeks reconsideration of an order denying reconsideration.

The Court having read and considered the instant motion, said motion is hereby DENIED, for the reason that defendant has failed to identify any cognizable basis for reconsideration of the Court's February 25, 2010 order.[1]

Lastly, should defendant seek to appeal the instant order, a certificate of appealability is hereby DENIED, for the reason that defendant has not made a "substantial showing of the denial of a constitutional right." See 28 U.S.C. § 2253(c)(2).

**IT IS SO ORDERED.**

Dated: December 13, 2012

MAXINE M. CHESNEY
United States District Judge

---

[1] The Court further notes that defendant's most recent motion for reconsideration is based, in large part, on a misstatement of fact. Specifically, defendant is incorrect in his assertion that Judge Henderson "never responded" to a motion defendant filed on August 31, 2005 (see Def.'s Mot. at 2:12-19); the record demonstrates said motion was granted in part and denied in part by order filed October 6, 2005 (see Document No. 2301). Moreover, defendant was fully aware of said ruling, in that he filed a notice of appeal from the October 6, 2005 order (see Document No. 2303), which order the Ninth Circuit affirmed, see United States v. Cornejo, 199 Fed. Appx. 600 (9th Cir. 2006).

2