IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C- 92-0403 MMC |
| Plaintiff, | **ORDER RE: DEFENDANT'S LETTER FILED NOVEMBER 20, 2013** |
| v. | |
| MIGUEL ANGEL BARRENECHEA, | |
| Defendant. | |

The Court is in receipt of defendant Miguel Angel Barrenechea's letter, filed November 20, 2013, in response to the Court's order of October 30, 2013, and by which letter said defendant apologizes for filing a recent motion in the Court of Appeals rather than in the district court and states he will file all future motions in the district court.

Defendant, however, appears to have misread the Court's order, in which the Court did not find defendant had filed his motion in the wrong court; indeed, the Court referred defendant's motion back to the Court of Appeals for consideration.

Whether any future filing in the above-titled action is properly filed in the Court of Appeals or the district court will depend on the nature of that particular filing.

**IT IS SO ORDERED.**

Dated: December 6, 2013

MAXINE M. CHESNEY
United States District Judge